IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and SCIELE PHARMA CAYMAN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., <br><br> Defendants. | Civil Action No. <br><br><br> **JURY TRIAL DEMANDED** |

NOTICE OF RELATED CASE
UNDER DELAWARE LOCAL RULE 3.1

**I.   RELATED CASES**

*Sciele Pharma, Inc. and Sciele Pharma Cayman Ltd. v. Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc.*, Civil Action No. 07-664-GMS (D. Del.).

**II.   DISCUSSION**

Delaware Civil Local Rule 3.1(b) provides that "[c]ounsel for a plaintiff in a civil action shall indicate on the civil cover sheet of such action and one or more other civil actions or proceedings previously decided or currently filed in this District or any other court . . . . (2) involve the same or substantially the same parties . . . [or] (3) involve the same patent or the same trademark." Pursuant to this Rule, Plaintiffs Sciele Pharma, Inc. and Sciele Pharma Cayman Ltd. ("Sciele") submit the following statement.

This is the second action that Sciele has filed in this District against Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc. ("Mylan") for infringement of United States Patent No. 4,892,741 ("the '741 patent"). Both actions are based on Mylan's Abbreviated New Drug Application No. 79-051 ("ANDA No. 79-051"), which, as amended, seeks approval from the Food and Drug Administration ("FDA") to engage in the commercial manufacture, use, or

sale of proposed generic versions of three different dosages of Sciele's Sular® tablets (20mg, 30mg, and 40mg).

On September 10, 2007, Sciele received a letter from Mylan ("Paragraph IV Letter") notifying Sciele that Mylan had filed ANDA No. 79-051 to seek FDA approval to market a generic version of Sciele's Sular® tablets 40mg before the expiration of the '741 patent. The Paragraph IV Letter contained a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) alleging that the '741 patent is invalid, unenforceable, and/or will not be infringed by the manufacture, use, or sale of Mylan's proposed generic version of Sciele's Sular® tablets 40mg. By filing ANDA No. 79-051, Mylan infringed the '741 patent under 35 U.S.C. § 271(e)(2). Therefore, on October 22, 2007, Sciele filed suit against Mylan to prevent Mylan from marketing its infringing 40mg product until the expiration of the '741 patent. That case is captioned *Sciele Pharma, Inc. and Sciele Pharma Cayman Ltd. v. Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc.*, No. 07-664 GMS (D. Del.).

On November 7, 2007, Sciele received a second letter ("Second Paragraph IV Letter") from Mylan. The Second Paragraph IV Letter notified Sciele that Mylan had amended ANDA No. 79-051 to also seek the FDA's approval to market proposed generic versions of Sciele's Sular® tablets 20mg and 30mg before the expiration of the '741 patent. The Second Paragraph IV Letter also stated that ANDA No. 79-051 contains a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) alleging that the '741 patent is invalid, unenforceable, and/or will not be infringed by the manufacture, use, or sale of Mylan's proposed generic versions of Sciele's Sular® tablets 20mg and 30mg. In the current case, Sciele files suit against Mylan for infringement of the '741 patent by amended ANDA No. 79-051 to prevent Mylan from marketing its infringing 20mg and 30mg products until the expiration of the '741 patent.

2

Both the current case and the previously-filed *Sciele Pharma, Inc. and Sciele Pharma Cayman Ltd. v. Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc.*, No. 07-664 GMS (D. Del.) case concern Mylan's infringement of the '741 patent by ANDA No. 79-051. The previously-filed case deals with the Mylan's proposed generic version of the 40mg dosage of Sciele's Sular® tablets, for which Mylan originally sought approval in ANDA No. 79-051, while the current case deals with Mylan's proposed generic versions of the 20mg and 30mg dosage forms, for which Mylan later sought approval through an amendment to ANDA No. 79-051. Therefore, Sciele provides notice of the previously-filed case pursuant to Local Rule 3.1(b)(3).

\\

\\

\\

Dated: December 14, 2007

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com; coletti@fr.com

Jonathan E. Singer
Deanna J. Reichel
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Nagendra Setty
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

John D. Garretson
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorneys for Plaintiffs SCIELE PHARMA, INC.,
and SCIELE PHARMA CAYMAN LTD.

60471181.doc