## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and SCIELE PHARMA CAYMAN LTD., ) ) ) Plaintiffs, ) v. ) ) MYLAN PHARMACEUTICALS, INC. and ) MYLAN LABORATORIES, INC., ) ) ) Defendants. ) | Civil Action No.07-00818 (GMS) ORAL ARGUMENT REQUESTED |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Willam A. Rakoczy of the law firm of Rakoczy Molino Mazzochi Siwik LLP to represent Defendants Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc. in this matter.

Dated: December 18, 2007

                                              */s/ Mary B. Matterer*
                                      Mary B. Matterer (I.D. No. 2696)
                                      MORRIS JAMES LLP
                                      500 Delaware Avenue, Suite 1500
                                      Wilmington, Delaware 19801
                                      302.888.6800
                                      mmatterer@morrisjames.com

                                      *Counsel for Defendants*
                                      *Mylan Pharmaceuticals, Inc., and*
                                      *Mylan Laboratories, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____          _____
                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date: December 18, 2007          Signed: _____
                                          William A. Rakoczy, Esq.
                                          Rakoczy Molino Mazzochi Siwik LLP
                                          6 West Hubbard Street, Suite 500
                                          Chicago, Illinois 60610
                                          (312) 527-2157