### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and<br>SCIELE PHARMA CAYMAN LTD.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MYLAN PHARMACEUTICALS, INC. and<br>MYLAN LABORATORIES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-818 GMS<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which plaintiffs Sciele Pharma Inc. and Sciele Pharma Cayman Ltd. shall respond to defendants' counterclaim (D.I. 7) and motion to dismiss (D.I. 8) is extended to and including January 28, 2008. Counsel for plaintiffs have requested this extension to allow additional time, particularly in light of the upcoming holidays, to consider how they will respond to the counterclaim and motion to dismiss and to consult with their client as to their proposed course of action. Counsel for defendants have no objection to the requested extension.

| | |
|---|---|
| /s/ *Susan M. Coletti*<br>William J. Marsden, Jr., #2247<br>Susan M. Coletti, #4690<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070<br>marsden@fr.com<br>coletti@fr.com<br><br>*Attorneys for Plaintiffs*<br>*Sciele Pharma, Inc. and*<br>*Sciele Pharma Cayman Ltd.* | /s/ *Mary B. Matterer*<br>Richard K. Herrmann, #405<br>Mary B. Matterer, #2696<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Mylan Pharmaceuticals, Inc. and*<br>*Mylan Laboratories, Inc.* |

     **SO ORDERED** this _____ day of _____, 2007.

                                                                         _____
                                                                         United States District Court Judge

80053209