IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and SCIELE PHARMA CAYMAN LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC.,<br><br>Defendants. | Civil Action. No. 07-818 GMS<br><br>**JURY TRIAL DEMANDED** |

**AFFIDAVIT OF SERVICE OF PROCESS OF
SUSAN M. COLETTI
PURSUANT TO 10 DEL. C. § 3104 AND L.R. 4.1(b)**

STATE OF DELAWARE       )
                                            )   SS.
NEW CASTLE COUNTY   )

Susan M. Coletti, being duly sworn according to law, deposes and says as follows:

1. I am plaintiffs' counsel of record in this action.

2. Pursuant to 10 Del. C. §3104 and Local Rule 4.1(b), this Affidavit is being submitted regarding service of process on the Defendant Mylan Laboratories, Inc.

3. The Defendant Mylan Laboratories, Inc. is a non-resident of the State of Delaware and is presently located at 1500 Corporate Drive, Suite 400, Canonsburg, PA 15137, with a registered agent located at Corporation Service Company, 2704 Commerce Drive, Suite B, Harrisburg, PA, 17110.

4. On December 19, 2007, I caused to be mailed to Defendant Mylan Laboratories, Inc., by registered mail, return receipt, a notice letter, a copy of which is attached hereto as Exhibit A and made a part hereof, together with copies of the Summons and Complaint as served

upon the Secretary of State of Delaware. The notice letter and copies of the Summons and Complaint were contained in the same envelope at the time of its mailing on December 19, 2007.

     5.     Subsequently, I learned that the letter sent via registered mail to Defendant Mylan Laboratories, Inc. on December 19, 2007 was delivered on December 21, 2007 and was accepted on behalf of Mylan Laboratories, Inc. by an individual whose name appears to be P. Washburn. Documentation evidencing delivery is attached hereto as Exhibit B. I received documentation on either Thursday, December 27, 2007 or Friday, December 28, 2007 from the United States Postal Service.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, Delaware this 3rd day of January, 2008.

                             FISH & RICHARDSON P.C.

                             By: */s/ Susan M. Coletti*
                                 William J. Marsden, Jr. (#2247)
                                 Susan M. Coletti (#4690)
                                 919 N. Market Street, Suite 1100
                                 PO Box 1114
                                 Wilmington, DE 19899-1114
                                 Telephone: (302) 652-5070

                                 Attorneys for Plaintiff

80053578.doc

# EXHIBIT A

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

MUNICH

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

December 19, 2007

VIA REGISTERED MAIL
RETURN RECEIPT REQUESTED (RA 187 584 671 US)

Mylan Laboratories, Inc.
c/o Corporation Service Company
2704 Commerce Drive, Suite B
Harrisburg, PA 17110

Re:   *Sciele Pharma, Inc. et al. v. Mylan Pharmaceuticals, Inc. et al.*
      USDC-DE – 07-818

Dear Sir or Madam:

Enclosed are copies of the Summons, Complaint, and Notice of Availability of Magistrate Judge in the above-captioned matter. This will serve as notice that service of the originals of such process has been made upon the Delaware Secretary of State on December 17, 2007, and that under 10 Del. C. §3104, such service is as effectual to all intents and purposes as if it had been made upon Mylan Laboratories, Inc., personally within this State.

Very truly yours,

Susan M. Coletti

SMC/smc

Enclosures

80053204.doc

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
   [illegible]                          12-21

C. Signature
   X  P. WASHBURN   ☒ Agent
                    ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

1. Article Addressed to:

   Mylan Laboratories Inc.
   c/o Corporation Service Company
   2704 Commerce Drive, Suite B
   Harrisburg, PA 17110

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☒ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   RA 187 584 671 US

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952