IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and SCIELE PHARMA CAYMAN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., <br><br> Defendants. | Civil Action. No. 07-818 GMS <br><br> **JURY TRIAL DEMANDED** |

**AFFIDAVIT OF SERVICE OF PROCESS OF
SUSAN M. COLETTI
PURSUANT TO 10 DEL. C. § 3104 AND L.R. 4.1(b)**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS. |
| NEW CASTLE COUNTY | ) | |

Susan M. Coletti, being duly sworn according to law, deposes and says as follows:

1.    I am plaintiffs' counsel of record in this action.

2.    Pursuant to 10 Del. C. §3104 and Local Rule 4.1(b), this Affidavit is being submitted regarding service of process on the Defendant Mylan Pharmaceuticals, Inc.

3.    The Defendant Mylan Pharmaceuticals, Inc. is a non-resident of the State of Delaware and is presently located at 781 Chestnut Ridge Road, Morgantown, WV 26505, with a registered agent located at Corporation Service Company, 209 West Washington Street, Charleston, WV 25302.

4.    On December 19, 2007, I caused to be mailed to Defendant Mylan Pharmaceuticals, Inc., by registered mail, return receipt, a notice letter, a copy of which is attached hereto as Exhibit A and made a part hereof, together with copies of the Summons and

Complaint as served upon the Secretary of State of Delaware. The notice letter and copies of the Summons and Complaint were contained in the same envelope at the time of its mailing on December 19, 2007.

5.  Subsequently, I learned that the letter sent via registered mail to Defendant Mylan Pharmaceuticals, Inc. on December 19, 2007 was delivered on January 2, 2008 and was accepted on behalf of Mylan Pharmaceuticals, Inc. by an individual whose name appears to be Amber Morrison. Documentation evidencing delivery is attached hereto as Exhibit B. I received documentation on Friday, January 4, 2008 from the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, Delaware this 7th day of January, 2008.

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
PO Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

Attorneys for Plaintiffs

80053748.doc

# EXHIBIT A

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

December 19, 2007

VIA REGISTERED MAIL
RETURN RECEIPT REQUESTED (RA 187 584 685 US)

Mylan Pharmaceuticals, Inc.
c/o Corporation Service Company
209 West Washington Street
Charleston, WV 25302

Re:   *Sciele Pharma, Inc. et al. v. Mylan Pharmaceuticals, Inc. et al.*
      USDC-DE – 07-818

Dear Sir or Madam:

Enclosed are copies of the Summons, Complaint, and Notice of Availability of Magistrate Judge in the above-captioned matter. This will serve as notice that service of the originals of such process has been made upon the Delaware Secretary of State on December 18, 2007, and that under 10 Del. C. §3104, such service is as effectual to all intents and purposes as if it had been made upon Mylan Pharmaceuticals, Inc., personally within this State.

Very truly yours,

Susan M. Coletti

SMC/smc

Enclosures

80053205.doc

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>Amber Morrison | B. Date of Delivery<br>1-2 |
| | C. Signature<br>X Amber Morrison | ☒ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Mylan Pharmaceuticals, Inc.<br>c/o Corporation Service Company<br>209 West Washington Street<br>Charleston, WV 25302 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label)<br>RA 187 584 685 US | | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952