# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

February 7, 2008

**VIA ECF**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Sciele Pharma, Inc. v. Mylan Pharmaceuticals, Inc.*
      USDC-D. Del. - C.A. No. 07-818-GMS

Dear Judge Sleet:

Pursuant to Delaware L.R. 7.1.4 Plaintiffs Sciele Pharma, Inc. and Sciele Pharma Cayman, Ltd. hereby request oral argument regarding Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Standing (D.I. 8).

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

cc:   Richard K. Herrmann (via ECF and hand delivery)
      William A. Rakoczy (via first class mail)

80055488.doc