IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SCIELE PHARMA, INC., et al. :

      Plaintiffs :

v. : Civil Action No. 07-818 GMS

MYLAN PHARMACEUTICALS, INC. :
et al.
      Defendants :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 19th of March 2008,

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Leonard P. Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.

3. Conduct alternate dispute resolution.

                                        _____
                                        CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAR 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE