IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA INC., ET AL., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 07-664-GMS-LPS |
| MYLAN PHARMACEUTICALS INC., ET AL., | : |
| Defendants. | : |

| | |
|---|---|
| SCIELE PHARMA INC., ET AL., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 07-818-GMS-LPS |
| MYLAN PHARMACEUTICALS INC., ET AL., | : |
| Defendants. | : |

### ORDER

At Wilmington this 13th day of **May, 2008**.

The Court is in receipt of William Marsden, Esq.'s letter dated May 9, 2008 (D.I. 32) indicating that the parties have reached an agreement to dismiss all claims, counterclaims, and defenses in these actions. Therefore,

IT IS ORDERED that the oral argument and scheduling conference scheduled for **June 4, 2008 at 11:00 a.m.** in courtroom 2A before the Honorable Leonard P. Stark is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

2

Court immediately of any problems regarding compliance with this Order.

---
UNITED STATES MAGISTRATE JUDGE